

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE HUMBERTO ZARAGOZA FUENTES, | § | No. 08-16-00289-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 448th District Court |
| | § | |
| PEDRO ZARAGOZA FUENTES, RANCHO PRODUCTOR DE LECHE, | | of El Paso County, Texas |
| ZARAGOZA HERMANOS, S.A. DE | § | |
| C.V., & ZARGEO INC., | | (TC# 2012-DCV04174) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore grant the motion and dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF JULY, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.